UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. C., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF ARCATA, et al.,<br><br>        Defendants. | Case No. 22-cv-04804-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, all discovery disputes and issues in this case are referred to Magistrate Judge Donna M. Ryu. Discovery disputes in related case No. 4:22-cv-00019-HSG have already been referred to Judge Ryu, and the Court has entered a stipulation in which the parties agree to follow the discovery dispute procedures in Judge Ryu's standing order. *See* Dkt. No. 40. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge. Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 2/23/2023

                                                                          _____
Haywood S. Gilliam, Jr.
United States District Judge