Rob Bonta
Attorney General of California
Rohit S. Kodical
Supervising Deputy Attorney General
State Bar No. 215497
   1515 Clay Street, 20th Floor
   P.O. Box 70550
   Oakland, CA  94612-0550
   Telephone:  (510) 879-0282
   Fax:  (510) 622-2270
   E-mail:  Rohit.Kodical@doj.ca.gov
*Attorneys for Defendants State of California
(appearing by and through its California Highway Patrol),
Michael Griffin and Moises Cornejo-Mercado*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., C.C., D.C., and T.C.,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN AHEARN, BRIAN HOFFMAN, MOISES CORNEJO MERCADO, EVAN BEECHEL, JOSEPH RODES, MICHAEL GRIFFIN, and DOES 1 to 20,**<br><br>Defendants | 4:22-cv-04804 HSG<br><br>**ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO EXTEND TIME**<br><br>Judge:    The Honorable Haywood S. Gilliam, Jr.<br>Trial Date:    September 29, 2025<br>Action Filed:    January 4, 2022 |

For good cause shown, the time for Defendants to file and serve their motion for summary judgment is hereby extended two weeks such that the new deadline is Thursday, May 22, 2025.

IT IS SO ORDERED.

Dated:  May 8, 2025

*[signature: Haywood S. Gilliam, Jr.]*
Hon. Honorable Haywood S. Gilliam, Jr.
United States District Judge