UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| A.C., and C.C., D.C., and T.C, Plaintiffs, vs. CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN HOFFMAN, MOISES CORNEJO MERCADO, EVAN BEECHEL, JOSEPH RODES, MICHAEL GRIFFIN, and DOES 1 to 20, Defendants. | Case No. 4:22-cv-04804-HSG (Lead Case No. 4:22-cv-00019-HSG) **ORDER GRANTING REMOTE APPEARANCE**  (as modified) |
|---|---|

Plaintiffs' counsel's motion to appear remotely at the Motion Hearing on October 9, 2025, at 2:00 p.m. is GRANTED. The CRD will e-mail counsel the Zoom information.

IT IS SO ORDERED.

Dated:   10/3/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

1
**ORDER GRANTING REMOTE APPEARANCE**
4:22-cv-04804-HSG