# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| A.C., and C.C., D.C., and T.C, <br> Plaintiffs, <br><br> vs. <br><br> CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN HOFFMAN, MOISES CORNEJO MERCADO, EVAN BEECHEL, JOSEPH RODES, MICHAEL GRIFFIN, and DOES 1 to 20, <br> Defendants. | Case No. 4:22-cv-04804-HSG <br> (Lead Case No. 4:22-cv-00019-HSG) <br><br> **ORDER GRANTING REMOTE APPEARANCE** (as modified) |

Plaintiffs' motion for counsel and the guardian ad litem to appear remotely at the Motion Hearing on January 29, 2025, at 2:00 p.m. is GRANTED. The CRD will e-mail counsel the zoom information and instructions.

IT IS SO ORDERED.

Dated:   12/12/2025

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge