Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com
         paul@markmerin.com

 Attorneys for Plaintiffs
  ESTATE OF CHARLES CHIVRELL,
  ARIELLE CHIVRELL, K.C., and D.C.

PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, CA 94015
Telephone: (415) 213-4098

 Attorneys for Defendants
  CITY OF ARCATA, ARCATA POLICE
  DEPARTMENT, BRIAN AHEARN,
  BRIAN HOFFMAN, JOSEPH RODES,
  and EVAN BEECHEL

THE ZWERDLING FIRM, LLP
Heidi Holmquist Wells (SBN 266307)
804 3rd Street
Eureka, CA 95501
Telephone: (707) 798-6211
Fax: (707) 798-6240
hhwells@zwerdlinglaw.com

 Attorney for Plaintiffs
  A.C., C.C., D.C., and T.C.

ROB BONTA
Attorney General of California
ROHIT S. KODICAL
Supervising Deputy Attorney General
KYMBERLY E. SPEER
Deputy Attorney General
State Bar No. 121703
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510)879-0985
Fax: (510) 622-2270
E-mail: Kymberly.Speer@doj.ca.gov

 Attorneys for Defendants
  STATE OF CALIFORNIA, CALIFORNIA
  HIGHWAY PATROL, MICHAEL GRIFFIN,
  and MOISES CORNEJO MERCADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF CHARLES CHIVRELL, ARIELLE CHIVRELL, K.C., and D.C.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN AHEARN, BRIAN HOFFMAN, JOSEPH RODES, EVAN BEECHEL, STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, MICHAEL GRIFFIN, MOISES CORNEJO MERCADO, and DOE 1 to 20,<br><br>　　　　　Defendants. | Case No. 4:22-cv-00019-HSG<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:　　　　January 6, 2026<br>Time:　　　　2:00 p.m.<br>Location:　　(via Teleconference)<br>　　　　　　Ronald V. Dellums U.S. Courthouse<br>　　　　　　1301 Clay Street<br>　　　　　　Oakland, CA 94612<br>Courtroom:　2 (4th Floor)<br>District Judge:　Hon. Haywood S. Gilliam, Jr. |

1

---

**JOINT CASE MANAGEMENT STATEMENT**
*Estate of Chivrell v. City of Arcata*, United States District Court, Northern District of California, Case No. 4:22-cv-00019-HSG;
*A.C. et al. v. City of Arcata et al.*, Northern District of California, Case No. 4:22-cv-04804-HSG

| | |
|---|---|
| A.C., C.C., D.C., and T.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN AHEARN, BRIAN HOFFMAN, MOISES CORNEJO MERCADO, EVAN BEECHEL, JOSEPH RODES, MICHAEL GRIFFIN, and DOES 1 to 20<br><br>Defendants. | Related Case No. 4:22-cv-04804-HSG |

All parties submit the following Joint Case Management Conference Statement:

**Status of the Case**

These related cases resolved as stated at the Settlement Conference on October 22, 2025. Releases are being prepared that encompass structured settlement language recently finalized, and the resolution for the minors has been formally approved by the Court. Defendants will have the final releases ready for signature on or before January 9, 2026.

The City had no contingencies on their settlement.

The State's contingencies include approval from the governing authorities once all the settlement documentation is available. That documentation includes the Order on the minors' petitions, the fully-executed releases that identify the payees and the amount to be paid to each, and STD 204 forms for each payee. Once all those documents are completed and assembled, the State will make its best efforts to issue the payments expeditiously.

**Future Court Dates**

Parties ask that a final Case Management Conference/Dismissal Hearing be set in late March to allow for payments to be made given the defendant's timelines as outlined above.

2

**JOINT CASE MANAGEMENT STATEMENT**
*Estate of Chivrell v. City of Arcata*, United States District Court, Northern District of California, Case No. 4:22-cv-00019-HSG;
*A.C. et al. v. City of Arcata et al.*, Northern District of California, Case No. 4:22-cv-04804-HSG

| | |
|---|---|
| Dated: 12/30/2025 | Respectfully Submitted,<br>LAW OFFICE OF MARK E. MERIN<br><br>*/s/ Mark E. Merin*<br>(as authorized on 12/30/2025)<br>By: _____<br>Mark E. Merin<br>Paul H. Masuhara<br><br>Attorneys for Plaintiffs<br>ESTATE OF CHARLES CHIVRELL,<br>ARIELLE CHIVRELL, K.C., and D.C. |
| Dated: 12/30/2025 | Respectfully Submitted,<br>THE ZWERDLING LAW FIRM, LLP<br><br>*/s/ Heidi Holmquist Wells*<br>(as authorized on 12/30/2025)<br>By: _____<br>Heidi Holmquist Wells<br><br>Attorney for Plaintiffs<br>A.C., C.C., D.C., and T.C. |
| Dated: 12/30/2025 | Respectfully Submitted,<br>CASTILLO, MORIARTY & ROBINSON<br>*/s/ Patrick Moriarty*<br>(as authorized on 12/30/2025)<br>By: _____<br>Patrick D. Moriarty<br>John B. Robinson<br><br>Attorneys for Defendants<br>CITY OF ARCATA, ARCATA POLICE<br>DEPARTMENT, BRIAN AHEARN,<br>BRIAN HOFFMAN, JOSEPH RODES,<br>and EVAN BEECHEL |
| Dated: 12/30/2025 | Respectfully Submitted,<br><br>*/s/ Kymberly E. Speer*<br>(as authorized on 12/30/2025     )<br>By: _____<br>Rohit S. Kodical<br>Kymberly E. Speer<br><br>Attorneys for Defendants<br>STATE OF CALIFORNIA, CALIFORNIA<br>HIGHWAY PATROL, MICHAEL GRIFFIN,<br>and MOISES CORNEJO MERCADO |

3

**JOINT CASE MANAGEMENT STATEMENT**
*Estate of Chivrell v. City of Arcata*, United States District Court, Northern District of California, Case No. 4:22-cv-00019-HSG;
*A.C. et al. v. City of Arcata et al.*, Northern District of California, Case No. 4:22-cv-04804-HSG

4

**JOINT CASE MANAGEMENT STATEMENT**
*Estate of Chivrell v. City of Arcata*, United States District Court, Northern District of California, Case No. 4:22-cv-00019-HSG**;**
*A.C. et al. v. City of Arcata et al.*, Northern District of California, Case No. 4:22-cv-04804-HSG